FILED

UNITED STATES DISTRICT COURT 2010 FEB 18 P 12: 57
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| M & T Bank Corporation, as successor in interest to Provident Bank<br><br>Plaintiff,<br><br>v.<br><br>JAMES C. McGRATH, *in personam*,<br><br>Defendant. | CASE NO. 3:10-CV-117-J25 JRK |

### AMENDED VERIFIED COMPLAINT IN ADMIRALTY

This is a case within this Court's Admiralty and Maritime jurisdiction and Supplemental jurisdiction as hereinafter more fully appears, and is an Admiralty of Maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1333. The Verified Complaint of Plaintiff, M & T Bank Corporation against Defendant, James C. McGrath, *in personam*, is for money owed on Promissory Note and First Preferred Ship Mortgage attached as Exhibits A-B. Plaintiff sued the Defendant and alleges as follows:

1.   At all times hereinafter mentioned the Plaintiff, M&T Bank Corporation, was and still is a banking institution duly organized and existing under and by virtue of the laws of New York with offices at 1100 Wehrle Drive, Williamsville, NY 14221.

2. On May 22, 29009, M & T Bank became successor in interest to Provident Bank's interests as the result of a corporate merger, including its assets and the loan at issue in this case.

3. Defendant, James C. McGrath is believed to be a Florida resident and/or resides at 510 Trails Edge Court, Saint Augustine, FL 32059 or owns or leases property within the District and is within the jurisdiction of this Court.

4. Defendant, James C. McGrath is in Default of his agreements with Provident Bank and as a result, Plaintiff has been damaged.

5. This Court has personal jurisdiction over the Defendant in that he has had systematic and continuous contacts with the forum, including but not limited to owning or leasing property, dock space, operating vessels upon the navigable waters of this district, breaching a Florida Contract within this district, insuring a vessel within this district and deriving income from this district.

6. This Court has subject matter jurisdiction over this action pursuant to 46 U.S.C. §§ 31321 et seq as this action is for a collection action for a Preferred Ship's Mortgage.

7. Venue is proper in this forum as the Defendant resides and/or does do business in the state, purposely availed himself to the forum, and the case or controversy arose in the forum, the contracts were executed in Florida, and the breaches occurred in the forum.

8. The Court may award costs and attorneys fees to the prevailing party, unless the court finds that the position of the other party was substantially justified or other circumstances make an award of costs and attorneys fees unjust. The Secretary shall record any such declaratory order.

9. M&T Bank Corporation is the holder in due course of the Promissory Note and Preferred Ship's Mortgage.

### COUNT I – In Personam Claim vs. James C. McGrath for Breach of Marine Contract:
### Promissory Note and Mortgage

Plaintiff re-alleges and reaffirms paragraphs 1-9 and would further allege:

10. On November 13, 2002, Defendant, James C. McGrath, duly made, executed, and delivered to Plaintiff, Provident Bank now knows as M & T Bank Corporation, a Marine Promissory Note in the amount of $107,000.00 bearing a fixed simple interest at a rate of 5.95% per year as set forth in Exhibit A attached.

11. On November 13, 2002, Defendant, James C. McGrath, duly made, executed, and delivered to Provident Bank, a First Preferred Ship's Mortgage (the "Mortgage") on the vessel "Galadriel" as security for payment on the said Marine Promissory Note to the Plaintiff. True and correct copies of the Mortgage are attached hereto as Exhibit "B" and incorporated herein as though fully set forth.

12. Defendant, James C. McGrath has breached the contracts and failed to comply with the provisions of the Promissory Note and the Mortgage, by failing to make agreed upon payments of principal and interest, by failing to provide contact information and location of vessel, and by failing to give reasonable assurances that payments will be made, each such failure being an event of default thereunder.

13. Plaintiff has demanded payment from Defendant James C. McGrath and Defendant has failed to pay the monthly installments due.

14. Provident Bank subsequently repossessed the vessel and sold it at a private sale pursuant to its contractual rights on or about October 9, 2007 resulting in net proceeds of the sale of $50,338.20 (attached hereto as Exhibit "C").

15. Plaintiff has performed all of its obligations under the various agreements set forth herein, including all conditions precedent.

16. As a result of the breach of contract, M & T Bank, as successor in interest to Provident Bank, has been damaged in the amount of $39,979.19 in unpaid principal as of November 24, 2008 with past interest from May 9, 2008 to the present, plus attorns fees' and costs of litigation.

17. Attorneys' fees, costs, expenses, and disbursements have been, and will be incurred in the prosecution of this action and will be due and owing from the Defendant in accordance with the Promissory Note and Mortgage.

WHEREFORE, M & T Bank prays that Defendant, James C. McGrath be adjudged liable to Plaintiff in the principal amount of $36,979.19, plus prejudgment accrued interest and late fees, pursuant to the terms of the Marine Promissory Note, together with reasonable costs and attorneys' fees and that the Plaintiff may have such other and further relief as justice of the cause may require.

Respectfully submitted,

_____
Matthew J. Valcourt
Fla. Bar No. 0088791
Email: mvalcourt@fowler-white.com
Attorneys for Plaintiff, M&T Bank
FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

Case No.: 3:10-CV-117-J25 JRK

## VERIFICATION

**STATE OF FLORIDA**

**COUNTY OF MIAMI DADE**

BEFORE ME, the undersigned authority, personally appeared, Matthew J. Valcourt, Esq, who was duly sworn and says BEFORE ME, the undersigned authority, personally appeared:

Matthew J. Valcourt, Esq, who was duly sworn and says that he is the attorney for Plaintiff, that he has read the foregoing Verified Complaint filed in this case and is familiar with its contents, which are true to the best of his knowledge information and belief. The sources of his information and grounds for his belief are documents attached as exhibits, and correspondences and conversations with the Plaintiff, M & T Bank, concerning the circumstances and facts set forth in the Verified Complaint. This verification is made by Matthew J. Valcourt because the Plaintiff is a corporation located in Williamsville, NY, and none of the officers or directors are presently within the district. The undersigned states that he is authorized to make this representation on behalf of the Plaintiff.

_____
Matthew J. Valcourt

SWORN TO AND SUBSCRIBED before me this  12  day of February, 2010 by

Signature of Notary Public, State of Florida

_____
Print, Typed or Stamped Commissioned Name of Notary Public
Personally Known  ✓
Produced Identification _____
Type of Identification Produced:

LISA B. TONEY
Notary Public - State of Florida
My Comm. Expires Dec 21, 2012
Commission # DD 817563
Bonded Through National Notary Assn.